UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Application of UBS AG For An Order Pursuant to
28 U.S.C. § 1782 To Conduct Discovery For Use In
Foreign Proceedings

13 Misc. 0199 (PAE)

ORDER

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On April 21, 2014, UBS submitted a motion to compel the production of various discovery materials from non-party JPMorgan Chase for use in a foreign proceeding, and a supporting memorandum of law. Dkt. 24, 25. On April 30, 2014, JPMorgan Chase submitted a memorandum of law in opposition, as well as a cross-motion to quash the subpoenas and for costs and fees.

Counsel for all parties are hereby ordered to appear before the Court for a phone conference on May 12, 2014, at 3:30 p.m., to discuss this dispute. Counsel for UBS is directed to ensure that all parties are on the line before placing the call to Chambers at (212) 805-0268.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: May 7, 2014
       New York, New York