UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
In re Application of UBS AG For An Order Pursuant to                    :
28 U.S.C. § 1782 To Conduct Discovery For Use In                        :   13 Misc. 0199 (PAE)
Foreign Proceedings                                                     :
                                                                        :          ORDER
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court has received, *ex parte*, and reviewed, the unredacted versions of four emails at issue in the motion to compel brought by applicant UBS AG ("UBS"), which were the subject of a telephone conference held on May 13, 2014. The Court has determined that the emails were each properly redacted by JPMorgan Chase Bank, N.A. ("JPMC"). The Court accordingly denies UBS's request to receive the e-mails in unredacted form. The Court will file UBS's *ex parte* submission under seal under the docket number of this case.

    Separately, UBS yesterday (May 21, 2014) submitted a letter to the Court (Dkt. 39) asserting that the Rule 30(b)(6) witness presented by JPMC was insufficiently prepared to answer the questions which the Court, in the May 13, 2014 teleconference, directed him to be prepared to answer. The Court directs JPMC, by May 27, 2014, to submit a letter response, attaching a copy of the transcript of the May 21, 2014 deposition. The Court does not invite a reply to JPMC's letter response.

    SO ORDERED.

                                                                         Paul A. Engelmayer
                                                                         United States District Judge

Dated: May 22, 2014
       New York, New York